**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARTIN CLEMENT MULLEN,

    Plaintiff,

v.	CASE NO: 8:06-cv-2213-T-26TBM

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the evidence and testimony presented by the parties at the hearing held in this case this day, as well as their arguments, and for the reasons announced on the record at the conclusion of the hearing, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Vacate (Dkt. 6) is denied.

2) The Clerk is directed to enter judgment for Defendant and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on August 10, 2007.

       s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA
      UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record